In the Matter of the Application of ADELAID LOOMIS, Individually and as Executrix, etc., of FRANK J. LOOMIS, Deceased, and ANNA LOOMIS STODDARD, Individually and as Administratrix de Bonis Non of the Estate of JUDSON W. LOOMIS, Deceased, for an Order to Pay the Amount of a Certain Judgment of the Court of Claims Deposited to the Account of the Award Therein to Be Paid and Distributed to the Persons Entitled to the Same Pursuant to the Order of This Court in Accordance with the Provisions of Section 28 of the Court of Claims Act.— Motion to resettle order, entered May 11, 1936, and making same conform to decision of May 6, 1936 [247 App. Div. 411], by striking out costs to appellant against share of Anna Loomis Stoddard, granted, with ten dollars costs to moving party. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

HYMAN BELKIN, Respondent, v. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See Belkin v. Booth & Flinn Co., Inc., ante, p. 645.]

In the Matter of the Claim of M. CHRISTENSON, Respondent, against P. T. Cox CONTRACTING COMPANY, INC., Appellant, and Others, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of Mrs. VIDA WHITTAKER and Another, Respondents, against O'CONNELL CONSTRUCTION COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied, with ten dollars costs to the claimant against the employer and the carrier. Motion for leave to appeal to the Court of Appeals denied. The employer and the carrier waived the failure to give notice of death by raising no objection to such failure on the hearing of the claim. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

In the Matter of the Claim of ELCEAD AUBREY, Respondent, against AMERICAN HIDE AND LEATHER COMPANY and AMERICAN MUTUAL LIABILITY INSURANCE COMPANY, Appellants, and UNITED STATES CASUALTY COMPANY, as Representative of Fund for Reopened Cases, Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.